RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Ray Terrel Lundy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY TERREL LUNDY,<br><br>Defendant. | Case No. 2:25-mj-00080-DJA-1<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Ray Terrel Lundy, that the bench trial currently scheduled on October 21, 2026, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery and conduct investigations to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the bench trial.

DATED this 14th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Nicholas Wolfram*
By________________________________

NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
United States Attorney General

*/s/ Joseph S. Sciscento*
By________________________________

JOSEPH S. Sciscento
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAY TERREL LUNDY,<br>Defendant. | Case No. 2:25-mj-00080-DJA-1<br>ORDER |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, October 21, 2026, at 9:00 a.m., be vacated and continued to **November 25, 2026, at 9:00 a.m.**

DATED this 14th day of October 2026.

UNITED STATES MAGISTRATE JUDGE